# Court of Appeals
# of the State of Georgia

ATLANTA, June 23, 2021

*The Court of Appeals hereby passes the following order*

## A21D0367. KEMRON ENVIRONMENTAL SERVICES, INC. v. PROSPIRA PAINCARE, INC.

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby GRANTED. The Appellant may file a Notice of Appeal within 10 days of the date of this order. The Clerk of State Court is directed to include a copy of this order in the record transmitted to the Court of Appeals.

LC NUMBERS:

20GC01511



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta, June 23, 2021.*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*Stephen E. Castlen* , *Clerk.*